1  TIONNA CARVALHO (SBN 299010)
   tcarvalho@slpattorney.com
2  RABIYA TIRMIZI (SBN 334508)
   rtirmizi@slpattorney.com
3  Elizabeth A. LaRocque (SBN 219977)
4  elarocque@slpattorney.com
   emailservices@slpattorney.com
5  **STRATEGIC LEGAL PRACTICES, APC**
   1888 Century Park East, 19th Floor
6  Los Angeles, CA 90067
7  Tel:     +1.310.929.4900
   Fax:     +1.310.943.3838
8  Attorneys for Plaintiff,
   TRACI PETTY
9

10 Steven D. Park (SBN 215219)
   spark@parklawless.com
11 John R. Lawless (SBN 223561)
   jlawless@parklawless.com
12 Vincent Tremonti (SBN 301571)
   vtremonti@parklawless.com
13 **PARK LAWLESS & TREMONTI LLP**
   515 South Flower Street, 18th Floor
14 Los Angeles, CA 90071
15 Telephone:   (213) 640-3770
   Facsimile:   (213) 640-3015
16 Attorneys for Defendant,
   FCA US, LLC
17

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI PETTY, | Case No.: 5:24-cv-02474-KK-SHK |
| Plaintiff, | |
| vs. | Judge: Hon. Kenly Kiya Kato |
| | Mag. Judge: Hon. Shashi H. Kewalramani |
| FCA US LLC; and DOES 1 through 10, | **JOINT MOTION TO DISMISS CASE** |
| Defendants. | Action Filed: October 15, 2024 |
| | Action Removed: November 19, 2024 |

Plaintiff TRACI PETTY ("Plaintiff") and Defendant FCA US LLC ("FCA" or "Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties") hereby jointly file this motion pursuant to Local Civil Rule 7.2 requesting that the Court dismiss this case pursuant to the below stipulation of the Parties.

The Parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed without prejudice as to all claims, causes of actions, and parties, with each party hereby bearing that party's own attorney's fees and costs.

IT IS SO STIPULATED.

DATED: July 31, 2025          STRATEGIC LEGAL PRACTICES, APC

                              By: /s/ Rabiya Tirmizi
                              Rabiya Tirmizi
                              Attorneys for Plaintiff,
                              TRACI PETTY


DATED: July 31, 2025          PARK LAWLESS & TREMONTI LLP

                              By: /s/ Steven D. Park
                              Steven D. Park
                              Attorneys for Defendant,
                              FCA US LLC

All signatories listed, and on whose behalf this filing is submitted, attest to their electronic signatures and concur and authorize consent to the filing of this instant motion to dismiss the case without prejudice.