# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI PETTY,<br><br>       Plaintiff,<br><br>vs.<br><br>FCA US LLC; and DOES 1 through 10,<br><br>       Defendants. | Case No.: 5:24-cv-02474-KK-SHK<br><br>Judge: Hon. Kenly Kiya Kato<br>Mag. Judge: Hon. Shashi H. Kewalramani<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE**<br><br>**[NOTE CHANGES BY COURT]**<br><br>Action Filed: October 15, 2024<br>Action Removed: November 19, 2024 |

Having considered Plaintiff TRACI PETTY, and Defendant FCA US LLC's joint motion and request to dismiss this case (Plaintiff and Defendant are collectively referred to as the "Parties"), and good cause appearing therefore, the Court ORDERS:

The Parties' joint motion to dismiss the case is granted and this matter is dismissed without prejudice as to all claims, causes of actions, and parties, with each party hereby bearing that party's own attorney's fees and costs.  (JS-6)

Date:  August 1, 2025

**IT IS SO ORDERED**.

_____
Hon. Kenly Kiya Kato
United States District Court Judge